IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MOTION OFFENSE, LLC,<br>*Plaintiff*<br><br>-v-<br><br>SPROUTS FARMERS MARKET, INC.,<br>SPROUTS FARMERS MARKET<br>TEXAS, LP,<br>*Defendants* | § § § § § § § § § § | W-19-CV-00417-ADA |

## ORDER CANCELING MARKMAN HEARING AND STAYING CASE

In light of the Circuit's holding in *In re Sprouts*, No. 2020-116 (Fed. Cir. 2020) ECF No. 16, it is therefore **ORDERED** that:

1. The Markman hearing scheduled for September 18, 2020 is canceled.

2. The case is stayed.

3. Motion Offense file a notice once the District of Delaware transfers the *Dropbox, Inc. v. Motion Offense, LLC*, No 1:19-cv-01521 (D. Del.) case and it appears on the docket of this Court.

**SIGNED** this 25th day of March, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE