IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC. and SPROUTS FARMERS MARKET TEXAS, LP d/b/a SPROUTS FARMERS MARKET,<br><br>  Defendants. | C.A. No. 6:19-cv-417-ADA<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY SCOTT S. CROCKER

Counsel for Motion Offense, LLC ("Plaintiff") in the above-entitled and numbered civil action, moves to withdraw as counsel of record Scott S. Crocker. The reason for the requested withdrawal is a change in law firms. This motion is sought by and on behalf of Plaintiff and is not for the purpose of delay, and Plaintiff will remain represented by at least the following counsel after the motion is granted:

Timothy Devlin
1526 Gilpin Avenue
Wilmington, DE  19801
(302) 449-9010
tdevlin@devlinlawfirm.com

Dated: May 7, 2020

                                           */s/ Timothy Devlin*
                                           Timothy Devlin (DE Bar No. #4241)
                                           Derek Dahlgren (admitted *pro hac vice*)
                                           Cory Edwards (admitted *pro hac vice*)
                                           **DEVLIN LAW FIRM LLC**
                                           1526 Gilpin Avenue
                                           Wilmington, DE  19806
                                           (302) 449-9010
                                           tdevlin@devlinlawfirm.com
                                           ddahlgren@devlinlawfirm.com
                                           cedwards@devlinlawfirm.com

                                           *Attorneys for Plaintiff Motion Offense, LLC*

## CERTIFICATE OF CONFERENCE

Plaintiff states that (1) counsel has complied with the meet and confer requirements of Local Rule CV-7, and (2) that counsel for the Defendant has stated that they do not oppose this motion.

                                           */s/ Timothy Devlin*
                                           Timothy Devlin

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 7, 2020.

                                           */s/ Timothy Devlin*
                                           Timothy Devlin